## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| SONAM D. PHUNTSOK, | Civil No. 09-2821 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| CSC CREDIT SERVICES, INC., et al., | |
| Defendants. | |

This matter is before the Court on the Stipulation of the parties filed on June 1, 2010 [Docket No. 53].

**IT IS HEREBY ORDERED** that Plaintiff's claims against Hilco Receivables, LLC, now known as Equable Ascent Financial, LLC, are hereby dismissed on the merits and with prejudice, and without costs, disbursements or attorney's fees to any party.

DATED: June 3, 2010                        s/ John R. Tunheim
at Minneapolis, Minnesota.               JOHN R. TUNHEIM
                                                 United States District Judge