# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| SONAM D. PHUNTSOK, | Civil No. 09-2821 (JRT/JJG) |
| Plaintiff, | |
| v. | |
| CSC CREDIT SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, PORTFOLIO RECOVERY ASSOCIATES, LLC, HILCO RECEIVABLES, LLLC, MILLENIUM CREDIT CONSULTANTS, AND SHAWN STUART, | **ORDER FOR DISMISSAL** |
| Defendants. | |

_____

John Goolsby, **GOOLSBY LAW OFFICE, LLC**, 2021 Hennepin Avenue East, Suite 195, Minneapolis, MN 55413, for plaintiff.

James Bedell and Michael Poncin, **MOSS & BARNETT, PA,** 90 South Seventh Street, Suite 4800, Minneapolis, MN 55402, for Defendant Portfolio Recovery Associates, LLC.

This matter is before the Court on the stipulation of dismissal filed by Plaintiff and Defendant Portfolio Recovery Associates on July 27, 2010 [Docket No. 60].

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Portfolio Recovery Associates are hereby **DISMISSED WITH PREJUDICE**, without costs, disbursements or attorney's fees to any party. The Court will retain jurisdiction for sixty days to enforce the settlement agreement.

DATED: August 12, 2010
at Minneapolis, Minnesota.

                                                  s/ John R. Tunheim
                                                 JOHN R. TUNHEIM
                                          United States District Judge