| | |
|---|---|
| SONAM D. PHUNTSOK, | Civil No. 09-2821 (JRT/JJG) |
| Plaintiff, | |
| v. | |
| CSC CREDIT SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, PORTFOLIO RECOVERY ASSOCIATES, LLC, HILCO RECEIVABLES, LLLC, MILLENIUM CREDIT CONSULTANTS, AND SHAWN STUART, | **ORDER FOR DISMISSAL** |
| Defendants. | |

_____

John Goolsby, **GOOLSBY LAW OFFICE, LLC**, 2021 Hennepin Avenue East, Suite 195, Minneapolis, MN 55413, for plaintiff.

James Bedell and Michael Poncin, **MOSS & BARNETT, PA,** 90 South Seventh Street, Suite 4800, Minneapolis, MN 55402, for Defendant Portfolio Recovery Associates, LLC.

This matter is before the Court on the stipulation of dismissal filed by Plaintiff and Defendants Millenium Credit Consultants and Shawn Stuart on August 19, 2010 [Docket No. 72].

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants Millenium Credit Consultants and Shawn Stuart are hereby **DISMISSED WITH PREJUDICE**, without costs, disbursements or attorney's fees to any party. The Court will retain jurisdiction for sixty days to enforce the settlement agreement.

DATED: August 20, 2010
at Minneapolis, Minnesota.

                                              s/ John R. Tunheim
                                              JOHN R. TUNHEIM
                                            United States District Judge