# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| SONAM D. PHUNTSOK, | Civil No. 09-2821 (JRT/JJG) |
| Plaintiff, | |
| v. | |
| CSC CREDIT SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, PORTFOLIO RECOVERY ASSOCIATES, LLC, HILCO RECEIVABLES, LLLC, MILLENIUM CREDIT CONSULTANTS, AND SHAWN STUART, | **ORDER FOR DISMISSAL** |
| Defendants. | |

_____

John Goolsby, **GOOLSBY LAW OFFICE, LLC**, 2021 Hennepin Avenue East, Suite 195, Minneapolis, MN 55413, for plaintiff.

James Bristow, Chad Pinson, and Tyler Simpson, **BAKER BOTTS LLP,** 2001 Ross Avenue, Suite 600, Dallas, TX 75201, for Defendant CSC Credit Services, Inc.

Michael Douglas, **KING & SPALDING, LLP**, 1180 Peachtree Street NE, Suite 1700, Atlanta, GA 30309, for Defendant Equifax Information Services, LLC.

This matter is before the Court on the stipulation of dismissal filed by Plaintiff and Defendant Trans Union LLC ("Trans Union") on September 16, 2010 [Docket No. 78].

**IT IS HEREBY ORDERED** that Plaintiff's claims against Trans Union are hereby **DISMISSED WITH PREJUDICE**, without costs, disbursements or attorney's

fees to any party. The Court will retain jurisdiction for sixty days to enforce the settlement agreement.

DATED: September 17, 2010
at Minneapolis, Minnesota.

                                                    s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                            United States District Judge